NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:04CR107-001/RV

JAMES ANTHONY SUTER

On March 29, 2005, the above named was placed on Probation for a period of two years. He has complied with the rules and regulations of Probation and is no longer in need of Probation. It is accordingly recommended that JAMES ANTHONY SUTER be discharged from Probation.

Respectfully submitted,

*[signature]*

Brian S. Davis  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in these cases be terminated.

Date this 29 day of November, 2006.

*[signature]*

Honorable Roger Vinson  
Senior United States District Judge

06 NOV 29 PM 2: 15

FILED